**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

[Other Attorneys on Signature Page]

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMMER ZAKHOUR AND JOHN MARTINEZ; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**THE ISOPURE COMPNAY, LLC,**<br><br>Defendant. | Case No.: 3:15-cv-02512-CAB-NLS<br><br>**JOINT STIPULATION TO DISMISS**<br><br>**Judge**: Hon. Cathy Ann Bencivengo<br>**Mag**. **Judge**: Hon. Nita L. Stormes |

**Kazerouni Law Group, APC**
Costa Mesa, California

| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Sammer Zakhour and John Martinez and defendant The Isopure Company, LLC, and their respective counsel, that the above-captioned action is voluntarily dismissed in its entirety, WITHOUT PREJUDICE as to all defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; each side is to bear their own fees and costs.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: March 21, 2016     By:/s/ Abbas Kazerounian
                             Abbas Kazerounian
                             *Attorney for Plaintiffs*

Date: March 21, 2016     **REED SMITH, LLP**

                         By:/s/ Thomas Evans
                             Thomas A. Evans
                             *Attorney for Defendant*
                             101 Second Street, Suite 1800
                             San Francisco, CA 94105

**GOTTLIEB & ASSOCIATES**
Jeffrey M. Gottlieb, Esq. (JG-7905)
NYJG@aol.com
Dana L. Gottlieb, Esq. (DG-6151)
danalgottlieb@aol.com
Pro hac vice to be filed
150 East 18th Street, Suite PHR
New York, NY 10003
Telephone: (212) 228-9795
Facsimile: (212) 982-6284